**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MANUEL ESQUIBEL CORONA,** *Plaintiff,* | § | |
| **v.** | § | **MO:26-CV-00217-DC** |
| **GATEWAY FIRST BANK,** *Defendant.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] ("R&R") concerning Plaintiff Manuel Esquibel Corona's Motion to Remand and Memorandum of Law (the "Motion").[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a Magistrate Judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court reviews the Magistrate Judge's report and recommendation for clear error.[3] No objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the R&R *in toto* and **ORDERS** that the Motion[4] be **DENIED**. The stay is hereby **LIFTED**. Corona may file his response, if any, to

---

[1] Doc. 18.
[2] Doc. 6.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").
[4] Doc. 6.

Defendant Gateway First Bank's Motion to Dismiss in accordance with the text order entered on July 6, 2026.

It is so **ORDERED**.

SIGNED this 22nd day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE